UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

OPERATING ENGINEERS LOCAL 139
HEALTH BENEFIT FUND, CENTRAL
PENSION FUND OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS AND PARTICIPATING
EMPLOYERS, WISCONSIN OPERATING ENGINEERS
SKILL IMPROVEMENT AND
APPRENTICESHIP FUND,
JOINT LABOR MANAGEMENT WORK
PRESERVATION FUND,
TERRANCE E. MCGOWAN, as a Trustee of said Funds
except CENTRAL PENSION FUND, MICHAEL A. CRABTREE
as Chief Executive Officer of CENTRAL PENSION FUND, and
INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 139,

       Plaintiffs,

v.            CIVIL ACTION NO. 18-CV-00638

JI CONSTRUCTION, LLC
405 N THOMPSON STREET
LIVINGSTON, WI 53554,

       Defendant.
_____

## NOTICE OF VOLUNTARY DISMISSAL
_____

TO: Evan P. Schmit, Esq.,
   Kerkman, Wagner & Dunn
   839 N. Jefferson St., Ste. 400
   Milwaukee, WI 53202

  NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby dismiss this action with prejudice to the rights of Plaintiffs.

1

Dated this 22nd day of May, 2018.

/s/  Cynthia L. Buchko

Cynthia L. Buchko
In-House Counsel for
Operating Engineers Local 139 Health Benefit Fund,
Wisconsin Operating Engineers Skill Improvement and
Apprenticeship Fund, Trustee Terrance E. McGowan,
International Union of Operating Engineers Local 139 and
Joint Labor Management Work Preservation Fund
a/k/a Construction Business Group
4702 S. Biltmore Lane
Madison, WI 53718
Attorney No. 1036102
Telephone: 608-310-8341
Facsimile: 608-240-4179
E-mail: c.buchko@cbgwi.com


/s/  Laura M. Finnegan

Laura M. Finnegan
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Ste. 2200
Chicago, IL 60606-5231
Attorney No. 1058640
Telephone: 312-236-4316
Facsimile: 312-236-0241
E-mail: lmfinnegan@baumsigman.com

Attorney for Plaintiffs Central Pension Fund of the
International Union of Operating Engineers and
Participating Employers and Michael A. Crabtree as
Chief Executive Officer of Central Pension Fund

# CERTIFICATE OF SERVICE

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that a copy of the Notice was served on the following via CM/ECF on this 22nd day of May, 2018:

Evan P. Schmit, Esq.,<br>
Kerkman, Wagner & Dunn<br>
839 N. Jefferson St., Ste. 400<br>
Milwaukee, WI 53202

                                            */s/ Cynthia L. Buchko*

Cynthia L. Buchko
In-House Counsel for
Operating Engineers Local 139 Health Benefit Fund,
Wisconsin Operating Engineers Skill Improvement and
Apprenticeship Fund, Trustee Terrance E. McGowan,
International Union of Operating Engineers Local 139 and
Joint Labor Management Work Preservation Fund
a/k/a CONSTRUCTION BUSINESS GROUP
4702 S. Biltmore Lane
Madison, WI 53718
Attorney No. 1036102
Telephone: 608-310-8341
Facsimile: 608-240-4179
E-mail: c.buchko@cbgwi.com

3

Case 2:18-cv-00638-PP   Filed 05/22/18   Page 3 of 3   Document 8